COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Henry Townsend v. Leonard Nolan

Appellate case number:     01-18-00809-CV

Trial court case number:   1105175

Trial court:                County Civil Court at Law No. 4 of Harris County

The Court issued an opinion dismissing this appeal for failure to make financial arrangements for the filing of the clerk's record. Appellant filed a motion for rehearing, stating that he had paid the fee for the reporter's record, but the Court did not dismiss the appeal for failure to file the reporter's record. Furthermore, the motion for rehearing was not timely filed, but was filed within the 15-day period following the deadline. *See* TEX. R. APP. P. 49.1, 49.8. We therefore construe appellant's motion for rehearing to include an implied motion for extension of time. *See Simon v. Dillard's, Inc.*, 86 S.W.3d 798, 801 (Tex. App.—Houston [1st Dist.] 2002, no pet.) (applying TEX. R. APP. P. 4.5).

The Court may deny the motion for rehearing unless appellant presents proof to this Court that he has made financial arrangements for the filing of the clerk's record **within 10 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  _June 18, 2019__